# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Anibal Ortiz*  v.  *Todd Thomas, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO.  2:09-cv-00396-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  May 16, 2011

    At docket 104 the magistrate judge recommends that plaintiff's claims against defendant Maccri be dismissed.  The time for objections has run, and none have been filed.  In a matter such as this the district court reviews the recommended findings of fact for clear error and the recommended conclusions of law *de novo*.  Having applied that standard of review, this court holds that the magistrate judge is correct in all material respects.  This court adopts Magistrate Judge Irwin's recommendation at docket 104.  Based thereon, plaintiff's claims against defendant Maccri are **DISMISSED** for failure to timely effect service.